No. 89.  NEHRING *v.* EMPRESA LINEAS MARITIMAS ARGENTINAS ET AL.  C. A. 5th Cir.  Certiorari denied. *W. Jiles Roberts* for petitioner.  *Carl O. Bue, Jr.,* for Empresa Lineas Maritimas Argentinas et al., and *Robert Eikel* for Strachan Shipping Co., respondents.

No. 97.  BUSSIE *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.  *Charles B. Evins, R. Eugene Pincham, Earl E. Strayhorn,* and *Sam Adam* for petitioner.  *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum* and *Thomas J. Immel,* Assistant Attorneys General, for respondent.

No. 98.  LONG BEACH BANANA DISTRIBUTORS, INC., ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL.  C. A. 9th Cir.  Certiorari denied.  *Herbert A. Bernhard* for petitioners.  *Frederic H. Sturdy* for Southern Pacific Co. et al., and *John J. Balluff* for Atchison, Topeka & Santa Fe Railway Co., respondents.

No. 105.  NORTHEASTERN CONSOLIDATED CO. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Paul A. Teschner* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Walters, Jonathan S. Cohen,* and *Robert I. Waxman* for the United States.

No. 110.  SNYDER ET AL. *v.* HICKEL, SECRETARY OF THE INTERIOR.  C. A. 10th Cir.  Certiorari denied.  *John P. Frank* for petitioners.  *Solicitor General Griswold, Assistant Attorney General Kashiwa, Roger P. Marquis,* and *George R. Hyde* for respondent.